GEORGE W. STONE V. REBECCA S. NEELEY.

[FILED FEBRUARY 24, 1892.]

**Defective Record:** JUDGMENT: RECITAL INSTEAD OF ENTRY.
Where the record contains no final judgment, but a mere recital
that "judgment be rendered on the verdict for plaintiff," the
petition in error will be dismissed.

ERROR to the district court for Buffalo county.    Tried
below before HAMER, J.

*R. A. Moore,* for plaintiff in error.

*A. H. Connor,* and *Greene & Hostetler, contra.*

NORVAL, J.

This case cannot be reviewed for the reason that the
record contains no final judgment.    A verdict was re-
turned for the defendant in error, assessing her damages
at $708.75.    A motion for a new trial was filed by the
plaintiff in error.    The journal entry is as follows:

"Now on this 17th day of October, 1889, this cause
coming on to be heard, the defendant George W. Stone's
motion for a new trial was overruled, to which ruling the
defendant George W. Stone excepts, and has forty days to
prepare a bill of exceptions.    It is ordered that judgment
be rendered on the verdict for plaintiff."

This is merely a recital that a judgment was rendered
by the court upon the verdict. (*Miller v. B. & M. R. Co.,*
7 Neb., 227.    The petition in error is

DISMISSED.

THE other judges concur.